AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
the body of Abubakkar Savage in the form of oral buccal swabs

Case No. 2:23·MJ·294

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
The body of Abubakkar Savage for DNA in the form of buccal swabs

located in the  Southern  District of  Ohio , there is now concealed *(identify the person or describe the property to be seized)*:

evidence of violations of 21 USC 846 and 21 USC 848

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess w/ Intent to Distribute & Distribute a Controlled Substance |
| 21 U.S.C. 848 | Continuing Criminal Enterprise |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Tisha M. Hartsough, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/9/2023

City and state: Columbus, Ohio

Elizabeth Preston Deavers, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEARCH OF BODY (ORAL BUCCAL SWAB) OF:

## ABUBAKARR SAVAGE

I, Tisha M. Hartsough, a Special Agent with the Federal Bureau of Investigation, hereinafter referred to as the affiant, being duly sworn, depose as follows:

### INTRODUCTION

1. I have been employed by the Federal Bureau of Investigation for approximately 21 years. I am assigned to the Columbus Resident Agency, Cincinnati Division, where I have investigated violations of many State and Federal laws, including crimes of violence, kidnapping, drug trafficking, money laundering, public corruption, crimes related to civil rights violations, and crimes related to terrorism. Relative to this affidavit, I have been trained to investigate and have directed and participated in numerous drug trafficking and firearms investigations. Based upon the allegations in this affidavit, as well as my training, experience and my review of the evidence gathered by investigators assigned to this investigation, there is probable cause to believe that **Abubakarr SAVAGE** has violated 21 U.S.C. §§ 846 Conspiracy to Possess with the Intent to Distribute a Controlled Substance and 848, Continuing Criminal Enterprise.

### PURPOSE OF AFFIDAVIT

2. The facts and information contained herein are based on my personal knowledge and experience, that of other law enforcement personnel, police reports, and other documents, as well as from persons with knowledge regarding the relevant facts and sources of information that have been proven reliable. This affidavit is intended to show only that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter. This affidavit is being submitted in support of a search warrant for the body of **Abubakarr SAVAGE**, seeking DNA through an oral buccal swab, for violations of 21 U.S.C. §§ 846 Conspiracy to Possess with the Intent to Distribute a Controlled Substance and 848, Continuing Criminal Enterprise.

### PROBABLE CAUSE

3. Since June 2021, the Federal Bureau of Investigation and the Drug Enforcement Administration (DEA) in Columbus, Ohio have been investigating a Drug Trafficking Organization (DTO) known as the Third World Mob, who are operating in and around Columbus, Ohio. Investigation has shown that members of the Third World Mob traffic large quantities of marijuana and other illegal narcotics that has generated hundreds of thousands of dollars in proceeds. Additionally, investigation has shown that members of the Third World Mob are involved in violent criminal acts suspected to include murder, murder for hire and

kidnapping in furtherance of their drug trafficking activity. Abubakarr **SAVAGE** has been identified as a member of the Third World Mob.

4.  On November 8, 2021, investigators learned from the Columbus Division of Police, that a homicide occurred outside of a Target store located at 4199 Morse Crossing Boulevard in Columbus, Ohio. This location is in the Southern District of Ohio. Your affiant learned the victim of the homicide was Ermias Abraha. The suspect of the homicide fled from the area immediately after shooting Abraha in a dark colored Chevrolet Impala.

5.  Several weeks before, in October of 2021, an investigator in this case applied for and was granted a state of Ohio search warrant to deploy a Global Positioning Systems (GPS) device to detect drug trafficking activity on a 2011 dark blue Chevrolet Impala bearing Ohio registration (JJF-7720), which surveillance had determined was being driven by **SAVAGE** and registered in the name of a female third party. It was later determined, using location transmissions from the electronic device, that the vehicle used in the homicide of Abraha was the 2011 dark blue Chevrolet Impala which was being tracked with an electronic tracking device.

6.  Within hours of the homicide of Abraha, the Chevrolet Impala was located inside a garage attached to 3634 Royal Crescent, Columbus, Ohio. This location is in the Southern District of Ohio. A state of Ohio search warrant for 3634 Royal Crescent was obtained and executed on November 9, 2021. During processing of the Chevrolet Impala, DNA swabs were collected from various locations of the Chevrolet Impala and various items found within the Chevrolet Impala by members of the Columbus Division of Police.

7.  A review of the data collected from the GPS tracking device that had been installed on the Cheverolet Impala showed that in the days and hours prior to the Abraha homicide, the Impala traveled to locations known to investigators to be associated with **SAVAGE** and other members of the Third World Mob. Your affiant knows from training and experience that drug traffickers sometimes possess and share multiple vehicles, registered in the names of others, which they use to conduct unlawful activity. Your affiant also knows from training and experience that the use of multiple vehicles by more than one member of a criminal organization, registered in the names of third parties, is sometimes done to avoid detection by law enforcement.

8.  On or about August 4, 2022, officers with the Columbus (Ohio) Police Department (CPD) conducted a traffic stop on **SAVAGE**, who was the driver and sole occupant of a vehicle, in the area of South 22nd Avenue and East Sycamore Street, in Columbus, Ohio. This location is within the Southern District of Ohio. Before the officers approached the vehicle, they observed **SAVAGE** turn his body in the direction of the center console as if to be placing something to his right. Once at the vehicle, officers observed a measurable amount of suspected marijuana "shake" on the floor of the passenger side and detected the odor of marijuana from inside the vehicle.

9.  A subsequent search of the vehicle was conducted by officers. A Glock 23 Gen 4 semi-automatic handgun, serial number BFBF798, was located in the center console. The firearm contained one live round in the chamber and a magazine with fifteen live

rounds. Additional small pieces of suspected marijuana vegetation were observed on the driver's side of the vehicle.

10. Also located in the vehicle were four new ski-masks. Your affiant knows from training and experience that people sometimes use ski masks to hide their identity while committing crimes such as robbery. Five cellular telephones were also located in the vehicle. Your affiant knows from training and experience that multiple cell phones is sometimes an indicator of drug trafficking. Multiple cell phones are used to separate their trafficking activities from their personal or family life, as well as to thwart efforts by law enforcement to track the illegal activity by targeting a phone. The key to the vehicle was on a key ring that belonged to **SAVAGE** and contained his house key.

11. In November 2007, **SAVAGE** was charged with two counts of aggravated robbery and trafficking in marijuana in Licking County, Ohio. **SAVAGE** was convicted of the two counts of aggravated robbery and was sentenced to serve 13 years in the custody of the Ohio Department of Rehabilitation and Corrections. **SAVAGE** was released in 2020 and remained under supervision with the Ohio Adult Parole Authority. Because **SAVAGE** was convicted of a crime punishable by imprisonment for a term exceeding one-year, federal law prohibits him from possessing a firearm.

12. On or about October 3, 2022, **SAVAGE** was arrested for a violation of 18 U.S.C. §922(g)(1). On January 4, 2023, **SAVAGE** entered a plea of guilty before U.S. District Court Judge Sarah Morrison.

13. Your affiant knows from training and experience that members of criminal enterprises who conspire to traffic illegal narcotics sometimes commit other violent crimes in order to maintain the continuity of their enterprise. Continuing the enterprise is imperative to maintaining the flow of money gained by, in the case of the Third World Mob, trafficking narcotics. The other violent acts sometimes require the use of tools such as vehicles, cell phones and firearms to plan and facilitate these violent acts.

## CONCLUSION

14. Your affiant knows from training and experience that DNA can be located on items touched by suspects such as car door handles and steering wheels. Your affiant also knows from training and experience that laboratories certified in processing DNA can compare a known sample of DNA to the DNA located on the touched items. Investigators seek to identify members of the Third World Mob who used the Chevy Impala that was driven by the suspect in the homicide of Ermias Abraha by using the swabbed samples obtained by Columbus Police from the Chevy Impala and comparing them to swabs from known suspects. Comparison of a DNA sample obtained from **SAVAGE** to swabs taken from the Chevy Impala, could assist in determining which members of Third World Mob drove the Chevy Impala.

15. Based on the foregoing facts, your affiant believes there is probable cause for the search of the body of **Abubakarr SAVAGE**, specifically an oral buccal swab for DNA, for

3

violation of 21 U.S.C. §§ 846 Conspiracy to Possess with the Intent to Distribute a Controlled Substance and 848, Continuing Criminal Enterprise.

I respectfully request that the warrant be issued.

Respectfully submitted,

_____
Tisha M. Hartsough
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this _____ day of May, 2023 at Columbus, Ohio.

_____
ELIZABETH PRESTON DEAVERS
U.S. MAGISTRATE JUDGE